**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 17-6083**

_____

JAMES ODIS SOWELL, JR.,

        Plaintiff - Appellant,

    v.

JOSHUA WALSH,

        Defendant - Appellee,

    and

AMANDA CRAIG; JAMES P. DORNFRIED,

        Defendants.

_____

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro. Loretta Copeland Biggs, District Judge. (1:15-cv-00757-LCB-JLW)

_____

Submitted: May 23, 2017                    Decided: May 26, 2017

_____

Before KING, AGEE, and WYNN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

James Odis Sowell, Jr., Appellant Pro Se. Kimberly Martin Rehberg, CITY ATTORNEY'S OFFICE, Durham, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Odis Sowell, Jr., appeals the district court's order accepting the magistrate judge's recommendation to grant Joshua Walsh's summary judgment motion, and deny Sowell's summary judgment motion in Sowell's 42 U.S.C. § 1983 (2012) action. We have considered Sowell's arguments on appeal and discern no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Sowell v. Walsh*, No. 1:15-cv-00757-LCB-JLW (M.D.N.C. Dec. 28, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*